# Exhibit A

JAMES T. BURTON (Utah Bar No. 11875)*
*jburton@kmclaw.com*
JOSHUA S. RUPP (Utah Bar No. 12647)*
*jrupp@kmclaw.com*
**KIRTON | McCONKIE**
Key Bank Tower
36 South State Street, Suite 1900
Salt Lake City, Utah 84111
Telephone: (801) 328-3600
Facsimile: (801) 321-4893
* Admitted *Pro Hac Vice*

JEFFREY A. LINDENBAUM (LM1980)
*jlindenbaum@collenip.com*
LISA A. MCANDREWS (JL-1971)
*lmcandrews@collenip.com*
**COLLEN IP**
The Holyoke-Manhattan Bldg.
80 South Highland Avenue
Ossining, NY 10562
Telephone:  (914) 941-5668
Facsimile:  (914) 941-6091

*Attorneys for Defendant*
*USANA Health Sciences, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK (FOLEY SQUARE)

| | |
|---|---|
| DEVPAT AB<br><br>        Plaintiff,<br>vs.<br><br>USANA HEALTH SCIENCES, INC.<br><br>        Defendant. | Case No. 1:17-cv-2858 (JGK) (KHP)<br><br>**SUPPLEMENTAL DECLARATION OF PATRIQUE RICHARDS IN SUPPORT OF MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO TRANSFER VENUE**<br><br>Judge John G. Koeltl |

I, Patrique Richard, hereby declare as follows:

1. This declaration is a supplement to my earlier declaration submitted in support of USANA's Motion to Dismiss or, in the Alternative, to Transfer Venue (Dkt. No. 33-1).

2. The sales of USANA's MySmartShake product to New York accounted for less than 5% of the total overall sales of the MySmartShake product in the United States.

3. Conversely, USANA's sales of its MySmartShake products to Utah accounted for nearly 10% of its overall sales of the MySmarthShake product in the United States.

DATED this 9th day of July, 2018.

/s/ Patrique Richards
Patrique Richards