# Exhibit  7

**From:** Kevin McMurray [mailto:Kevin.McMurray@us.usana.com]
**Sent:** Thursday, February 23, 2017 1:07 PM
**To:** Steve Barrese <sbarrese@dilworthbarrese.com>
**Subject:** RE: USANA

Steve, I need to discuss this with our Executive team, but unfortunately, they are tied up in a VP retreat through tomorrow afternoon.

I'll get back to you as soon as I can.

Kevin



your **health**. your **life**. your **way.**™

> WEB

> BLOG

> FACEBOOK

> TWITTER

**From:** Steve Barrese [mailto:sbarrese@dilworthbarrese.com]
**Sent:** Wednesday, February 22, 2017 9:17 AM
**To:** Kevin McMurray
**Subject:** RE: USANA

Hi Kevin,

I don't have a specific number, but if you do the math on the inventory they have on a retail sales price it equates to hundreds of millions. In that case, I don't think a seven figure number is unreasonable.

As far as a license, we did not talk about that since you had said that your client is not interested in a license agreement.

Stephen R. Barrese, Esq.
Dilworth & Barrese, LLP.
1000 Woodbury Road, Suite 405
Woodbury, NY 11797
Direct Dial -516-224-1624
Fax-516-228-8516
sbarrese@dilworthbarrese.com



Confidentiality Notice: The information contained in this e-mail message is legally privileged and/or confidential information intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copying of this e-mail or its content is strictly prohibited.

1

DEVPAT  0000072

If you have received this e-mail in error, please immediately notify us by telephone or return e-mail, and delete it without making a copy.  Thank you.

---

**From:** Kevin McMurray [mailto:Kevin.McMurray@us.usana.com]
**Sent:** Tuesday, February 21, 2017 10:01 AM
**To:** Steve Barrese
**Subject:** Re: USANA

WITHOUT PREJUDICE

Hi Steve. I was wondering what your clients had in mind on the compensation issue? You had asked before if we would consider compensating your clients. I was just following up to see what they were thinking in this regard? I know you mentioned something about a license. What do you believe your clients would be willing to accept in terms of a license agreement? Would your clients be willing to accept an agreement on USANA's part to purchase a reasonable quantity of SMARTSHAKE shaker bottles?

Our Executive team simply wants to get an idea of what your clients believe is reasonable in the way of compensation in order to determine our options.

Best,
Kevin

Sent from my iPhone

On Feb 21, 2017, at 6:46 AM, Steve Barrese <sbarrese@dilworthbarrese.com> wrote:

> Hi Kevin,
>
> Your email went in my spam folder and cannot open, can you resend?
>
> Stephen R. Barrese, Esq.
> Dilworth & Barrese, LLP.
> 1000 Woodbury Road, Suite 405
> Woodbury, NY 11797
> Direct Dial -516-224-1624
> Fax-516-228-8516
> sbarrese@dilworthbarrese.com
>  <image001.png>
>
> Confidentiality Notice:  The information contained in this e-mail message is legally privileged and/or confidential information intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copying of this e-mail or its content is strictly prohibited. If you have received this e-mail in error, please immediately notify us by telephone or return e-mail, and delete it without making a copy.  Thank you.



your **health**. your **life**. your **way.**™

› WEB

› BLOG

› FACEBOOK

› TWITTER

2

DEVPAT 0000073

Case 1:17-cv-02858-JGK-KHP   Document 46-7   Filed 07/24/18   Page 4 of 4

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of the company. Finally, the recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage caused by any virus transmitted by this email.

DEVPAT  0000074