# Exhibit 11 – Filed Under Seal

**Pursuant to Protective Order dated 7/17/2018 (D.I. 42)**