# Exhibit 14

(https://www.directsellingnews.com/)

# Direct Sellers to Be Honored with 2018 American Business Awards

By DSN Staff (https://www.directsellingnews.com/author/dsnstaff/) | June 11, 2018



Current Stocks:
ARIIX 11.04 0.00 0.00%
⬇MED 165.47 -0.78 -0.47%
⬆USNA 115.65 +0.65 +0.57%

## Today, June 11, several direct selling companies will be heading to New York for the 16th Annual American Business Awards®.

Jeunesse Global (http://www.directsellingnews.com/company-profiles/jeunesse-global/), Young Living Essential Oils (http://www.directsellingnews.com/company-profiles/young-living-essential-oils/), USANA (http://www.directsellingnews.com/company-profiles/usana-health-sciences/), 4Life Research (http://www.directsellingnews.com/company-profiles/4life-research/), ARIIX (http://www.directsellingnews.com/company-profiles/ariix/), Isagenix (http://www.directsellingnews.com/company-profiles/isagenix-international/), Monat Global (https://www.directsellingnews.com/category/by-company/monat-global/) and Medifast, parent company of OPTAVIA (http://www.directsellingnews.com/company-profiles/take-shape-for-life-medifast-inc/), will be honored with Stevie® Awards from the organizers of the world's premier business awards programs.





**Search**

(https://e-6770.adzerk.net/r?e=eyJhdiI6MjgyNzUsImF0Ijo1LCJidCI6MywiY20iOj

(https://e-6770.adzerk.net/r?e=eyJhdiI6MjgyNzUsImF0Ijo0MywiYnQiOjAsImNtIjoxNtI

### Archives

July 2018 (https://www.directsellingnews.com/2018/07/)
June 2018 (https://www.directsellingnews.com/2018/06/)
May 2018 (https://www.directsellingnews.com/2018/05/)

Organizations operating in the U.S.A.—large and small, public and private, for-profit and non-profit—are eligible to submit nominations to the ABAs in a wide range of categories, honoring achievement in every aspect of work life, from customer service and management to public relations and product development. More than 3,700 nominations were reviewed in the judging process this year by more than 200 professionals, whose average scores determined the winners.

"The nominations submitted for the 2018 American Business Awards were outstanding," said Michael Gallagher, president and founder of the Stevie Awards. "The competition was intense, and those recognized as Stevie Award winners should be immensely proud of this accomplishment."

The following direct selling companies will be honored at the gala event to be held at the Marriott Marquis Hotel in New York:

**Executive of the Year – Consumer Products – Non-Durables**

Gold Stevie

Jeunesse Global, Orlando, FL: Randy Ray, CEO

Silver Stevie

Young Living Essential Oils, Lehi, UT: Jared S. Turner, President and COO

**Executive of the Year – Health Products & Services**

Silver Stevie

USANA, Salt Lake City, UT: Kevin Guest, CEO

**Maverick of the Year – Consumer Products**

Gold Stevie

Jeunesse Global, Orlando, FL: Jeunesse Chief Visionary Officer Scott Lewis: Envisioning a Different Path to Success

**Woman of the Year – Consumer Products**

Bronze Stevie

Jeunesse Global, Orlando, FL: Successful Growth: Jeunesse COO Wendy Lewis Can Calculate It, Literally

**Founding Team of the Year – Consumer Products Industries**

Gold Stevie

Jeunesse Global, Orlando, FL: Jeunesse: Founded with Family Roots

**Management Team of the Year – Business Services Industries**

Silver Stevie Winner

ARIIX Executive Team: Fred Cooper — CEO and Founder, Mark Wilson — President and Founder, Jeff Yates — CFO and Founder, Riley Timmer — COO and Founder, Wenhan Zhang — CIO and Founder, Deanna Latson — CPO and Founder, and Ian Chandler — CSO and Founder

**Company of the Year – Consumer Products – Non-Durables – Large**

Gold Stevie

Jeunesse Global, Orlando, FL

**Company of the Year – Health Products & Services – Large**

April 2018 (https://www.directsellingnews.com/2018/04/)
March 2018 (https://www.directsellingnews.com/2018/03/)
February 2018 (https://www.directsellingnews.com/2018/02/)
January 2018 (https://www.directsellingnews.com/2018/01/)
December 2017 (https://www.directsellingnews.com/2017/12/)
November 2017 (https://www.directsellingnews.com/2017/11/)
October 2017 (https://www.directsellingnews.com/2017/10/)
September 2017 (https://www.directsellingnews.com/2017/09/)
August 2017 (https://www.directsellingnews.com/2017/08/)
July 2017 (https://www.directsellingnews.com/2017/07/)
June 2017 (https://www.directsellingnews.com/2017/06/)
May 2017 (https://www.directsellingnews.com/2017/05/)
April 2017 (https://www.directsellingnews.com/2017/04/)
March 2017 (https://www.directsellingnews.com/2017/03/)
February 2017 (https://www.directsellingnews.com/2017/02/)
January 2017 (https://www.directsellingnews.com/2017/01/)
December 2016 (https://www.directsellingnews.com/2016/12/)
November 2016 (https://www.directsellingnews.com/2016/11/)
October 2016 (https://www.directsellingnews.com/2016/10/)
September 2016 (https://www.directsellingnews.com/2016/09/)
August 2016 (https://www.directsellingnews.com/2016/08/)
July 2016 (https://www.directsellingnews.com/2016/07/)
June 2016 (https://www.directsellingnews.com/2016/06/)
May 2016 (https://www.directsellingnews.com/2016/05/)
April 2016 (https://www.directsellingnews.com/2016/04/)
March 2016 (https://www.directsellingnews.com/2016/03/)
February 2016 (https://www.directsellingnews.com/2016/02/)
January 2016 (https://www.directsellingnews.com/2016/01/)

Silver Stevie

Jeunesse Global, Orlando, FL
USANA, Salt Lake City, UT

**Corporate Social Responsibility Program of the Year – At Organizations with Up to 2,500 Employees**

Gold Stevie

Jeunesse Global, Orlando, FL: Giving Back: The True Measure of a Corporation's Success

Silver Stevie

4Life Research, Sandy, UT: Foundation 4Life Responds to Hurricane Maria

**Fastest Growing Company of the Year – Up to 2,500 Employees**

Bronze Stevie

Medifast, Balitmore, MD

**Communications or PR Campaign of the Year – Community Relations**

Silver Stevie

4Life Research, Sandy, UT: Foundation 4Life Responds to Hurricane Maria

**Communications or PR Campaign of the Year – Corporate Communications**

Bronze Stevie

4Life Research, Sandy, UT: Foundation 4Life Responds to Hurricane Maria

**Communications or PR Campaign of the Year – Reputation/Brand Management**

Bronze Stevie

4Life Research, Sandy, UT: Foundation 4Life Responds to Hurricane Maria

**Marketing Executive of the Year**

Bronze Stevie

Jeunesse Global, Orlando, FL: Jeunesse® CMO Mark Patterson: Commanding a Broad Team to Corner the Marketing Market

**Consumer Products**

Bronze Stevie

ARIIX (http://www.directsellingnews.com/company-profiles/ariix/), Bountiful, UT: ARIIX Jouvé™
ARIIX, Bountiful, UT: ARIIX Puritii™ Water Filtration System

Jeunesse Global, Orlando, FL: Jeunesse Expands into Cosmetics Market with NV? Perfecting Makeup
MONAT Global, Doral, FL: REJUVABEADS™ By MONAT

USANA, Salt Lake City, UT: USANA Celavive

**Health & Pharmaceuticals – Product**

Silver Stevie

ARIIX, Bountiful, UT: ARIIX Moa™

Bronze Stevie

December 2015 (https://www.directsellingnews.com/2015/12/)
November 2015 (https://www.directsellingnews.com/2015/11/)
October 2015 (https://www.directsellingnews.com/2015/10/)
September 2015 (https://www.directsellingnews.com/2015/09/)
August 2015 (https://www.directsellingnews.com/2015/08/)
July 2015 (https://www.directsellingnews.com/2015/07/)
June 2015 (https://www.directsellingnews.com/2015/06/)
May 2015 (https://www.directsellingnews.com/2015/05/)
April 2015 (https://www.directsellingnews.com/2015/04/)
March 2015 (https://www.directsellingnews.com/2015/03/)
February 2015 (https://www.directsellingnews.com/2015/02/)
January 2015 (https://www.directsellingnews.com/2015/01/)
December 2014 (https://www.directsellingnews.com/2014/12/)
November 2014 (https://www.directsellingnews.com/2014/11/)
October 2014 (https://www.directsellingnews.com/2014/10/)
September 2014 (https://www.directsellingnews.com/2014/09/)
August 2014 (https://www.directsellingnews.com/2014/08/)
July 2014 (https://www.directsellingnews.com/2014/07/)
June 2014 (https://www.directsellingnews.com/2014/06/)
May 2014 (https://www.directsellingnews.com/2014/05/)
April 2014 (https://www.directsellingnews.com/2014/04/)
March 2014 (https://www.directsellingnews.com/2014/03/)
February 2014 (https://www.directsellingnews.com/2014/02/)
January 2014 (https://www.directsellingnews.com/2014/01/)
December 2013 (https://www.directsellingnews.com/2013/12/)
November 2013 (https://www.directsellingnews.com/2013/11/)
October 2013 (https://www.directsellingnews.com/2013/10/)
September 2013 (https://www.directsellingnews.com/2013/09/)

Medifast, Balitmore, MD: Medifast's OPTAVIA Essential Line

**Best Brand Experience Event**

Silver Stevie

Isagenix International, Gilbert AZ: Global Celebration 2017

**Best Tradeshow or Convention**

Gold Stevie

Isagenix International, Gilbert AZ: Global Celebration 2017

**Best Public Relations Event**

Gold Stevie

USANA, Salt Lake City, UT: USANA Guinness World Record Attempt

**Video Awards – Corporate Overview**

Bronze Stevie

Jeunesse Global, Orlando, FL: We Live Jeunesse Video

The Stevie Awards are conferred in seven programs: the Asia-Pacific Stevie Awards, the German Stevie Awards, The American Business Awards®, The International Business Awards®, the Stevie Awards for Women in Business, the Stevie Awards for Great Employers, and the Stevie Awards for Sales & Customer Service. Stevie Awards competitions receive more than 10,000 entries each year from organizations in more than 60 nations. Honoring organizations of all types and sizes and the people behind them, the Stevies recognize outstanding performances in the workplace worldwide.

Please follow and like us:

Follow  Like  Share          Tweet       Save  G+

(http://www.specificfeeds.com/widgets/emailSubscribeEncFeed/S1dLMisxdldVbVB0eUVMbkZZNnN4b2hZFZ1SENodUhZZk5TRytqYTBtWklsRnNXZzNo...)

*Posted in 4Life Research (https://www.directsellingnews.com/category/by-company/4life-research/), ARIIX (https://www.directsellingnews.com/category/by-company/ariix/), Isagenix (https://www.directsellingnews.com/category/by-company/isagenix/), Jeunesse Global (https://www.directsellingnews.com/category/by-company/jeunesse-global/), Monat Global (https://www.directsellingnews.com/category/by-company/monat-global/), News (https://www.directsellingnews.com/category/news/), OPTAVIA / Medifast (https://www.directsellingnews.com/category/by-company/optavia-medifast/), USANA Health Sciences (https://www.directsellingnews.com/category/by-company/usana-health-sciences/), Young Living Essential Oils (https://www.directsellingnews.com/category/by-company/young-living-essential-oils/) and tagged 4Life Research (https://www.directsellingnews.com/tag/4life-research/), ABA (https://www.directsellingnews.com/tag/aba/), American Business Awards (https://www.directsellingnews.com/tag/american-business-awards/), ARIIX (https://www.directsellingnews.com/tag/ariix/), Celavive (https://www.directsellingnews.com/tag/celavive/), Corporate Social Responsibility (https://www.directsellingnews.com/tag/corporate-social-responsibility/), CSR (https://www.directsellingnews.com/tag/csr/), Deanna Latson (https://www.directsellingnews.com/tag/deanna-latson/), Essential Line (https://www.directsellingnews.com/tag/essential-line/), Family Roots (https://www.directsellingnews.com/tag/family-roots/), Fred Cooper (https://www.directsellingnews.com/tag/fred-cooper/), Giving Back (https://www.directsellingnews.com/tag/giving-back/), Hurricane Maria (https://www.directsellingnews.com/tag/hurricane-maria/), Ian Chandler (https://www.directsellingnews.com/tag/ian-chandler/), Isagenix (https://www.directsellingnews.com/tag/isagenix/), Jared S. Turner (https://www.directsellingnews.com/tag/jared-s-turner/), Jeff Yates (https://www.directsellingnews.com/tag/jeff-yates/), Jeunesse Global (https://www.directsellingnews.com/tag/jeunesse-global/), Jouvé*

August 2013 (https://www.directsellingnews.com/2013/08/)
July 2013 (https://www.directsellingnews.com/2013/07/)
June 2013 (https://www.directsellingnews.com/2013/06/)
May 2013 (https://www.directsellingnews.com/2013/05/)
April 2013 (https://www.directsellingnews.com/2013/04/)
March 2013 (https://www.directsellingnews.com/2013/03/)
February 2013 (https://www.directsellingnews.com/2013/02/)
January 2013 (https://www.directsellingnews.com/2013/01/)
December 2012 (https://www.directsellingnews.com/2012/12/)
November 2012 (https://www.directsellingnews.com/2012/11/)
October 2012 (https://www.directsellingnews.com/2012/10/)
September 2012 (https://www.directsellingnews.com/2012/09/)
August 2012 (https://www.directsellingnews.com/2012/08/)
July 2012 (https://www.directsellingnews.com/2012/07/)
June 2012 (https://www.directsellingnews.com/2012/06/)
May 2012 (https://www.directsellingnews.com/2012/05/)
April 2012 (https://www.directsellingnews.com/2012/04/)
March 2012 (https://www.directsellingnews.com/2012/03/)
February 2012 (https://www.directsellingnews.com/2012/02/)
January 2012 (https://www.directsellingnews.com/2012/01/)
December 2011 (https://www.directsellingnews.com/2011/12/)
November 2011 (https://www.directsellingnews.com/2011/11/)
October 2011 (https://www.directsellingnews.com/2011/10/)
September 2011 (https://www.directsellingnews.com/2011/09/)
August 2011 (https://www.directsellingnews.com/2011/08/)
July 2011 (https://www.directsellingnews.com/2011/07/)
June 2011 (https://www.directsellingnews.com/2011/06/)
May 2011 (https://www.directsellingnews.com/2011/05/)

(https://www.directsellingnews.com/tag/jouve/), Kevin Guest (https://www.directsellingnews.com/tag/kevin-guest/), Mark Patterson (https://www.directsellingnews.com/tag/mark-patterson/), Mark Wilson (https://www.directsellingnews.com/tag/mark-wilson/), Marriott Marquis Hotel (https://www.directsellingnews.com/tag/marriott-marquis-hotel/), Medifast (https://www.directsellingnews.com/tag/medifast/), Michael Gallagher (https://www.directsellingnews.com/tag/michael-gallagher/), Moa (https://www.directsellingnews.com/tag/moa/), Monat Global (https://www.directsellingnews.com/tag/monat-global/), New York (https://www.directsellingnews.com/tag/new-york/), OPTAVIA (https://www.directsellingnews.com/tag/optavia/), Puritii (https://www.directsellingnews.com/tag/puritii/), Randy Ray (https://www.directsellingnews.com/tag/randy-ray/), REJUVABEADS (https://www.directsellingnews.com/tag/rejuvabeads/), Riley Timmer (https://www.directsellingnews.com/tag/riley-timmer/), Scott Lewis (https://www.directsellingnews.com/tag/scott-lewis/), Stevie Awards (https://www.directsellingnews.com/tag/stevie-awards/), USANA (https://www.directsellingnews.com/tag/usana/), We Live Jeunesse Video (https://www.directsellingnews.com/tag/we-live-jeunesse-video/), Wendy Lewis (https://www.directsellingnews.com/tag/wendy-lewis/), Wenhan Zhang (https://www.directsellingnews.com/tag/wenhan-zhang/), Young Living Essential Oils (https://www.directsellingnews.com/tag/young-living-essential-oils/)

April 2011 (https://www.directsellingnews.com/2011/04/)
March 2011 (https://www.directsellingnews.com/2011/03/)
February 2011 (https://www.directsellingnews.com/2011/02/)
January 2011 (https://www.directsellingnews.com/2011/01/)
December 2010 (https://www.directsellingnews.com/2010/12/)
November 2010 (https://www.directsellingnews.com/2010/11/)
October 2010 (https://www.directsellingnews.com/2010/10/)
September 2010 (https://www.directsellingnews.com/2010/09/)
August 2010 (https://www.directsellingnews.com/2010/08/)
July 2010 (https://www.directsellingnews.com/2010/07/)
June 2010 (https://www.directsellingnews.com/2010/06/)
May 2010 (https://www.directsellingnews.com/2010/05/)
April 2010 (https://www.directsellingnews.com/2010/04/)
March 2010 (https://www.directsellingnews.com/2010/03/)
February 2010 (https://www.directsellingnews.com/2010/02/)
January 2010 (https://www.directsellingnews.com/2010/01/)
December 2009 (https://www.directsellingnews.com/2009/12/)
November 2009 (https://www.directsellingnews.com/2009/11/)
October 2009 (https://www.directsellingnews.com/2009/10/)
January 2009 (https://www.directsellingnews.com/2009/01/)
November 2008 (https://www.directsellingnews.com/2008/11/)
October 2008 (https://www.directsellingnews.com/2008/10/)



(https://e-6770.adzerk.net/r?e=eyJhdiI6MjgyNzUsImF0Ijo1LCJidCI6MywiY20iOj

### Direct Selling News

5800 Democracy Dr.
Plano, TX 75024
United States of America

1-800-279-5249

### Menu

Home Page (https://www.directsellingnews.com/)

Articles (https://www.directsellingnews.com/category/news/)

DSN Global 100 (https://www.directsellingnews.com/global-100/)

By Company (https://www.directsellingnews.com/by-company/)

Vendor Directory (https://www.directsellingnews.com/vendor-directory/)

Subscribe (https://www.directsellingnews.com/subscribe/)

Store (http://store.directsellingnews.com/)

### Categories

Select Category

### Subscribe Now

(http://directsellingnews.com/subscribe)

© 2018 Direct Selling News | All rights reserved.

Sitemap (/sitemap) | Privacy Policy (/privacy-policy) | Terms of Use (/terms-of-use) | Advertise With Us (/advertise-with-us) | Contact Us (/contact-us)