# Exhibit 21 – Filed Under Seal

Pursuant to Protective Order 7/17/2018 (D.I. 42)