# Exhibit E

| Dr. Oz RFP No. | Corresponding ZoCo RFP No. |
|---|---|
| 1 | 1 |
| 2 | 2 |
| 3 | 3 |
| 4 | 4 |
| 5 | 6 |
| 6 | 7 |
| 7 | 8 |
| 8 | 10 |
| 9 | 11 |
| 10 | 12 |
| 11 | 13 |
| 12 | 14 |
| 13 | 15 |
| 14 | 16 |
| 15 | 9 |
| 16 | 5 |
| 17 | 17 |