# Exhibit E – Filed Under Seal

## Pursuant to Protective Order 7/17/2018 (D.I. 42)