# Exhibit 2

## Joshua S. Rupp

| | |
|---|---|
| **From:** | Joshua S. Rupp |
| **Sent:** | Tuesday, November 27, 2018 5:00 PM |
| **To:** | 'pettusr@gtlaw.com' |
| **Cc:** | James Burton; Heather Mills; Michael Eixenberger; welchc@gtlaw.com; macleanj@gtlaw.com |
| **Subject:** | RE: DevPat v. USANA |

Rich,

Thank you for now providing some additional explanation. This will be helpful for purposes of our meet and confer.

Needless to say, we disagree with many points raised in your email and we are available on Thursday to meet and confer concerning the same. Please let us know if 10:30 am mountain (12:30 pm eastern) on Thursday, November 29, 2018 works for you.

Thanks,
Josh

**KIRTON | MCCONKIE**
Joshua S. Rupp
Attorney
o  801-328-3600
d  801-323-5989

---

**From:** pettusr@gtlaw.com [mailto:pettusr@gtlaw.com]
**Sent:** Tuesday, November 27, 2018 12:56 PM
**To:** Joshua S. Rupp
**Cc:** James Burton; Heather Mills; Michael Eixenberger; welchc@gtlaw.com; macleanj@gtlaw.com
**Subject:** RE: DevPat v. USANA

Josh,

I've been tied up in meetings and saw your email when I stepped out for our meet and confer. Needless to say, I am disappointed by your cancellation of our call, and what appears to be an effort to avoid meeting and conferring on USANA's clearly deficient discovery responses.

I must first note that there is no reason to further delay a meet and confer on USANA's interrogatory responses, and your email raises none.

The same goes for USANA's RFP responses/objections. Your excuse that you need an "explanation" for these clearly deficient responses before meeting and conferring is not credible. Indeed, USANA's identical "response" to the identified RFPs (i.e., that USANA will produce "documents sufficient to demonstrate the total revenues and costs associated with USANA's accused products") is non-responsive to each and every one of those RFPs which request more specific and different information (e.g., the "sales price" and remaining "inventory" of the products listed on USANA's Inventory List (Ex. 1), as well as for all other products bearing the Infringing Mark, and those sold "online" using the Infringing Mark per Ex. 2, and any products on the Inventory List that were "discarded, destroyed or given away," etc.). Moreover, while the responses refer to the "accused products," USANA improperly objects/carves out products that are being accused of infringement by DevPat and corresponding documents that were specifically requested (e.g.,

1

products sold online <u>using</u> the Infringing Mark as per Ex. 2, "regardless of whether or not the packaging of the product that was shipped in response to the online purchase order bore the Infringing Mark").

Finally, as far as the "Dr. Oz Packs" and "Dr. Oz Product Sales," the information we have been asking for (e.g., 2018 sales, product/packaging samples, etc.) is responsive to multiple discovery requests that were served back in August (such as RFP Nos. 44, 54, 56, 62, 66, 68, etc.) and should have been provided long ago. As DevPat noted in its previous communications/filings, that improperly withheld information appears to directly contradict USANA's prior representations to the Court. To the extent you maintain your refusal to cooperate and meet and confer concerning the "Dr. Oz Packs" and "Dr. Oz Product Sales", we will advise Judge Koeltl of the same in our pre-motion letter.

Please provide a time for the rescheduled meet and confer.

Rich

**Richard C. Pettus**
Shareholder

Greenberg Traurig, LLP
MetLife Building | 200 Park Avenue | New York, NY 10166
T 212.801.9387
pettusr@gtlaw.com | www.gtlaw.com | View GT Biography

**GT** GreenbergTraurig

**From:** Joshua S. Rupp [mailto:jrupp@kmclaw.com]
**Sent:** Tuesday, November 27, 2018 1:54 PM
**To:** Pettus, Richard C. (Shld-NY-IP-Tech) <pettusr@gtlaw.com>
**Cc:** James Burton <jburton@kmclaw.com>; Heather Mills <hmills@kmclaw.com>; Michael Eixenberger <meixenberger@kmclaw.com>; Welch, Cort (Assoc-NY-IP-Tech) <welchc@gtlaw.com>; MacLean, Justin A. (Shld-NY-IP-Tech) <macleanj@gtlaw.com>
**Subject:** RE: DevPat v. USANA

Rich,

Having received no response from you, we are not able to meaningfully prepare for a meet and confer by 2:30 pm today. Please provide us with the written explanations requested below, after which we are happy to reschedule the meet and confer for another day this week.

Thanks,
Josh

**KIRTON | McCONKIE**
**Joshua S. Rupp**
Attorney
o  801-328-3600
d  801-323-5989

**From:** Joshua S. Rupp
**Sent:** Tuesday, November 27, 2018 7:59 AM
**To:** pettusr@gtlaw.com
**Cc:** James Burton; Heather Mills; Michael Eixenberger; welchc@gtlaw.com; macleanj@gtlaw.com
**Subject:** Re: DevPat v. USANA

2

Rich,

Thank you for your email. We are available at 2:30 pm eastern today. Nevertheless, your written explanation below is still short-shrift. Please provide us with an explanation for why DevPat believes that each of the identified RFP responses are deficient. Your below email does not provide any such explanation but is merely conclusory. If we do not receive an explanation by 12:30 pm eastern, we will need to postpone today's call until an explanation is provided in order to make the call productive.

Likewise, by 12:30 pm eastern, please point us to DevPat's specific interrogatories for which you would like to meet and confer concerning the so-called "product sales" and "packs." As mentioned in our prior email, DevPat's informal discovery requests via email are not in compliance with the Federal Rules of Civil Procedure. Accordingly, USANA is under no obligation to answer such informal interrogatories "immediately" as DevPat demanded. And, absent the identification of a properly propounded interrogatory, there is nothing to meet and confer about under Rule 37. Accordingly, please point us to DevPat's specific interrogatories which are directed to the so-called product sales and packs, of any, so that we can be prepared to meet and confer about those specific interrogatories.

We look forward to receiving you're email by 12:30 pm eastern.

Regards,
Josh

On Nov 26, 2018, at 11:42 AM, "pettusr@gtlaw.com" <pettusr@gtlaw.com> wrote:

> Josh,
>
> USANA failed to answer any of the three of the interrogatories (re-numbered 9-11), including under Rule 33(d). And, we disagree with all of your associated objections and mischaracterizations of the record evidence, including the assertion that "DevPat created the so-called Inventory List" of Ex. 1 when we all know that it was your client USANA that created and provided it to DevPat on 1/17/17 (see, e.g., USANA004085). USANA's "responses" and objections to RFP Nos. 123-28 and 130-38 are also improper and deficient.
>
> Please also be prepared to meet and confer concerning your refusal to respond to our inquiries concerning the newly-produced evidence of Dr. Oz "product sales" and "packs" (see attached and USANA026760, 27365 and 21041).
>
> Please let us know if you are available at 2:30 pm EST to meet and confer on these issues or, if not, please propose another time and we will do our best to accommodate you.
>
> Thanks,
>
> Rich
>
> **Richard C. Pettus**
> Shareholder
>
> Greenberg Traurig, LLP
> MetLife Building | 200 Park Avenue | New York, NY 10166
> T 212.801.9387
> pettusr@gtlaw.com  |  www.gtlaw.com  |  View GT Biography
>
>  GreenbergTraurig

3

**From:** Joshua S. Rupp [mailto:jrupp@kmclaw.com]
**Sent:** Wednesday, November 21, 2018 7:05 PM
**To:** Pettus, Richard C. (Shld-NY-IP-Tech) <pettusr@gtlaw.com>; James Burton <jburton@kmclaw.com>
**Cc:** Heather Mills <hmills@kmclaw.com>; Michael Eixenberger <meixenberger@kmclaw.com>; Welch, Cort (Assoc-NY-IP-Tech) <welchc@gtlaw.com>; MacLean, Justin A. (Shld-NY-IP-Tech) <macleanj@gtlaw.com>
**Subject:** RE: DevPat v. USANA

Rich,

We are happy to make ourselves available on Tuesday next week. Please let us know some times that work on your end and we can get a call scheduled. In order to facilitate a meaningful meet and confer process, please identify each of the interrogatories and/or RFPs with which you have specific concerns, along with a written explanation of your concerns, including any perceived substantive deficiencies or any allegedly deficient objections, in advance of the call, preferably on Monday. This will help us to understand your position and make the meet and confer process run more smoothly.

In addition, we again write to follow up concerning the substantive deficiencies with DevPat's initial disclosures initially raised on July 27, 2018 (*see* attached correspondence). Specifically, notwithstanding over three months of discovery, DevPat still has yet to supplement its initial disclosures. We look forward to meeting and conferring with you on this issue on Tuesday as well.

Thanks,
Josh

<image001.png>

**Joshua S. Rupp**
Attorney
o  801-328-3600
d  801-323-5989

**From:** pettusr@gtlaw.com [mailto:pettusr@gtlaw.com]
**Sent:** Wednesday, November 21, 2018 9:30 AM
**To:** James Burton
**Cc:** Heather Mills; Joshua S. Rupp; Michael Eixenberger; welchc@gtlaw.com; macleanj@gtlaw.com
**Subject:** Re: DevPat v. USANA

Counsel,

Please advise as to your availability after the holiday (preferably on Monday or Tuesday of next week) for a meet and confer in advance of a pre-motion letter concerning USANA's objections and failures to answer DevPat's second set of interrogatories and corresponding RFPs.

Best wishes to you and yours for a Happy Thanksgiving.

Regards,

Rich

Sent from my iPad

4

On Nov 16, 2018, at 9:03 PM, James Burton <jburton@kmclaw.com> wrote:

> Counsel:
>
> Please see the attached.
>
>
> Best regards,
>
>
> James Burton
>
> <USANA - discovery responses (final).pdf>

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate such information.

<mime-attachment>