# Exhibit 5

# KIRTON | McCONKIE

James T. Burton
jburton@kmclaw.com
801.323.5998

August 20, 2018

**VIA ELECTRONIC MAIL**

Greenberg Traurig, LLP
Richard Pettus
MetLife Building
200 Park Avenue
New York, New York 10166

      RE:  *DevPat AB v. USANA Health Sciences, Inc.*
            Case No. 17-CV-2858
            Supplemental Document Production

Dear Rich:

    Enclosed please find USANA Health Sciences, Inc.'s ("USANA") supplemental document production comprising of USANA004660-USANA004691. USANA will continue to supplement its document production as additional responsive documents are located.

    Please let us know if you have any questions.

                            Respectfully,

                            KIRTON McCONKIE

                            JAMES T. BURTON

ATTORNEYS AT LAW | Kirton McConkie Building, 50 East South Temple, Salt Lake City, UT 84111 | 801.328.3600 *tel* 801.321.4893 *fax*
www.kmclaw.com | 1800 World Trade Center, 60 East South Temple, Salt Lake City, UT 84111 | 801.328.3600 *tel* 801.321.4893 *fax*
| Thanksgiving Park Four, 2600 W. Executive Parkway, Ste. 400, Lehi, UT 84043 | 801.426.2100 *tel* 801.426.2101 *fax*