# Exhibit 7

# KIRTON | McCONKIE

James T. Burton
jburton@kmclaw.com
801.323.5998

December 6, 2018

**VIA ELECTRONIC MAIL**

Greenberg Traurig, LLP
Richard C. Pettus
Brooke E. Hazan
Elana B. Araj
David Rodriguez
Wanna Abraham
MetLife Building
200 Park Avenue
New York, New York 10166

      RE:    *DevPat AB v. USANA Health Sciences, Inc.*
               Case No. 17-CV-2858
               **USANA Health Sciences, Inc.'s Supplemental Production**

Counsel:

    Enclosed please find USANA Health Sciences, Inc.'s ("USANA") supplemental document production comprising: USANA053750-USANA115129. The supplemental production may be downloaded at: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

    USANA will continue to supplement its document production as additional responsive documents are located.

    Please let us know if you have any questions.

                              Respectfully,

                              KIRTON McCONKIE

                              */s/ James T. Burton*

                              JAMES T. BURTON

ATTORNEYS AT LAW   www.kmclaw.com   Kirton McConkie Building, 50 East South Temple, Salt Lake City, UT 84111   801.328.3600 *tel*   801.321.4893 *fax*
1800 World Trade Center, 60 East South Temple, Salt Lake City, UT 84111   801.328.3600 *tel*   801.321.4893 *fax*
Thanksgiving Park Four, 2600 W. Executive Parkway, Ste. 400, Lehi, UT 84043   801.426.2100 *tel*   801.426.2101 *fax*